919 F.2d 137
 Thomas (Isaac W.)
v.
State of New Jersey, Jersey City, New Jersey, Jersey City
Police Department, Bilder (Hon. Lawrence), Ruvoldt (Harold
J., Jr.), Greene (Mr.), McRee (Warren), Pizzelanti
(Officer), Enright (Officer) Moran (Officer), Vogel
(Officer), DePalma (Nicholas), Kline (Paul), Van Ness
(Stanley), Penn (Arthur), Rodriguez (Joseph), De Ceronimo
(Joseph), Winograd (Mayer)
 NO. 90-5552
 United States Court of Appeals,
Third Circuit.
 OCT 31, 1990
 
 Appeal From: D.N.J.,
 Debevoise, J.
 
 
 1
 AFFIRMED.